NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE LEE BROOKS, II, | ) | No. C 07-1247 JF (PR) |
| Plaintiff, | ) ) | ORDER OF TRANSFER |
| vs. | ) ) | |
| MULE CREEK STATE PRISON, | ) ) | |
| Defendant. | ) ) | |

Plaintiff, a state prisoner proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 concerning the conditions of his confinement at Mule Creek State Prison. Plaintiff's complaint concerns the alleged withholding of kosher meals and his medical treatment at the prison. Because the acts complained of occurred in Amador County and the Defendant is located in Amador County, which lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a). The Clerk shall transfer the entire file to the Eastern District of California.

IT IS SO ORDERED.

DATED: __4/2/07__

_____
JEREMY FOGEL
United States District Judge

Order of Transfer
P:\pro-se\sj.jf\cr.07\Brooks247trans

1

1  A copy of this ruling was mailed to the following:

2

3  Willie Lee Brooks, II
   P-16665
   Mule Creek State Prison
4  P.O. Box 409060
   Ione, CA  95640

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Transfer
P:\pro-se\sj.jf\cr.07\Brooks247trans            2